UNITED STATES of America,
Plaintiff–Appellee,

v.

Marcus SIFFORD, Defendant–
Appellant.

No. 08–6861.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 20, 2009.

Decided: Jan. 27, 2009.

Marcus Sifford, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Sifford appeals the district court's order granting his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006), and reducing his sentence to 185 months of imprisonment. Sifford had contended that he was entitled to a 151–month sentence pursuant to Amendment 706 of the *U.S. Sentencing Guidelines Manual* ("USSG"), which lowered the base offense levels for drug offenses involving cocaine base. *See* USSG § 2D1.1(c) (2008); USSG App. C Amend. 706. We have reviewed the record and Sifford's contentions on appeal and find that the district court did not abuse its discretion in declining to grant a further reduction in Sifford's sentence. *See United States v. Goines,* 357 F.3d 469, 478 (4th Cir.2004). Accordingly, we affirm for the reasons stated by the district court. *See United States v. Sifford,* No. 3:96–cr–00134–FDW–2 (W.D.N.C. May 13, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*